**Monica Goracke**
OSB #06065
mgoracke@oregonlawcenter.org
**Hong Dao**
OSB #083007
hdao@oregonlawcenter.org
**Spencer M. Neal**
OSB #77286
mneal@oregonlawcenter.org
**OREGON LAW CENTER**
921 SW Washington #516
Portland, OR 97205
Phone (503) 295-2760
Fax (503) 295-0676
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOEL TUCKER, STEVEN FLETCHER, JEFF NELSON, ROBERT DEAN THOMAS, CHANDA WAULTERS,** and **MITCHAL PONCEL,** on behalf of themselves and all others similarly situated, Plaintiffs, | Case No.:  11-CV-466-HZ |
| vs. | STIPULATED ORDER OF DISMISSAL |
| **OREGON DEPARTMENT OF TRANSPORTATION, MATTHEW GARRETT, MULTNOMAH COUNTY, DANIEL STATON, DOES 1-50**, Defendants. | |

PURSUANT TO FRCP 41(a)(1) AND BASED UPON the stipulation of the parties, as

evidenced below, and the Court being fully advised;

1       STIPULATED ORDER OF DISMISSAL

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' action is hereby dismissed in its entirety, with prejudice, provided that pursuant to Paragraph G of the Settlement Agreement and Release reached between Plaintiffs and Defendants, if the Agreement is terminated after one year pursuant to Paragraph C(2), plaintiffs may be given leave to reinstate their claims for injunctive relief if circumstances so justify.

Dated this ___10th___ day of August, 2011.


/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge


IT IS SO STIPULATED:

OREGON LAW CENTER

/s/ Monica Goracke
Monica Goracke, OSB #06065
(503) 473-8312
Attorney for Plaintiffs

OREGON DEPARTMENT OF JUSTICE

/s/ Rebecca M. Johansen
Rebecca M. Johansen, OSB # 083710
(971) 673-1880
Attorney for Defendants Matthew Garrett and
Oregon Department of Transportation


MULTNOMAH COUNTY ATTORNEY

/s/ Katharine von Ter Stegge
Katharine von Ter Stegge, OSB # 032300
(503) 988-3138
Attorney for Defendants Dan Staton and Multnomah County